**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CARMA TECHNOLOGY, CORP.,**<br>**CARMA TECHNOLOGY, LTD.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**UBER TECHNOLOGIES, INC.,**<br><br>**Defendant.** | **Case No.: 2:25-cv-00029-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED VENUE DISCOVERY ORDER**

On January 14, 2025, Plaintiffs Carma Technology Corp. and Carma Technology, Ltd. (collectively "Plaintiffs" or "Carma") filed the complaint (Dkt. 1) in this action. On May 23, 2025, Defendant Uber Technologies, Inc. ("Defendant" or "Uber") filed a Motion to Dismiss Plaintiffs' Complaint for Improper Venue and Failure to State a Claim, or in the Alternative, Motion to Transfer under 28 U.S.C. § 1404(a) (Dkt. 21), asserting among other things, improper venue. The parties have agreed to extend the briefing schedule and conduct venue discovery relating to Defendant's motion, as follows:

1. Plaintiffs may serve the following written discovery directed to the propriety of venue (which may be served on Uber Technologies, Inc. and Uber Freight US LLC collectively, meaning that the below numbers are totals, but the same requests may be directed separately to Uber Technologies, Inc. and Uber Freight US LLC, if appropriate):[1]
    a. Up to five (5) requests for production;
    b. Up to five (5) interrogatories; and
    c. Up to three (3) requests for admission.
2. Plaintiffs may conduct up to fifteen (15) hours of depositions as follows: (a) Rule 30(b)(1) depositions of the declarants upon which Defendant relied for its motion to dismiss; and (b) one Rule 30(b)(6) deposition of Uber Technologies, Inc. and one Rule 30(b)(6) deposition of Uber Freight US LLC. Each deposition shall count a minimum of one (1) hour regardless of how much time is used in the deposition.

[1] Although not a named party, Uber Freight US LLC nonetheless agrees to this limited discovery without waiver of any objections or arguments.

3. Venue related discovery shall be limited to issues related to venue and shall not include email or other electronic correspondence.
4. Plaintiffs shall serve its written discovery within seven (7) days of this Order. Defendant shall respond within fourteen (14) days of service of the written discovery and produce responsive documents, if any, within thirty (30) days of service of the written discovery. Depositions shall be conducted within twenty-one (21) days of completion of all written discovery. Discovery disputes shall be governed by the Court's model Discovery Order and continue the deadlines herein until resolved.
5. Upon completion of the foregoing venue discovery, within fourteen (14) days thereafter, Plaintiffs shall file their responsive brief or file an amended pleading. If at any point Plaintiffs submit declarations in support of their responsive brief, Defendant shall have up to twenty-one (21) days thereafter to conduct a two-hour deposition of each declarant upon which Plaintiffs rely. Defendant shall file its reply brief within fourteen (14) days of completion of the foregoing venue discovery. If Defendant elects not to conduct venue discovery, Defendant shall file its reply brief within ten (10) days of the filing of the responsive brief. Plaintiffs may file a sur-reply within seven (7) days thereafter.

Therefore, Plaintiffs move the Court to grant this unopposed motion and enter the proposed venue discovery order.

Date: June 4, 2025

*/s/ Jennifer L. Truelove*

Jennifer L. Truelove
Texas State Bar No. 24012906
Email:jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.

104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Gareth DeWalt
Michael E. Flynn-O'Brien
Robin Curtis
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
gdewalt@bdiplaw.com
mflynnobrien@bdiplaw.com
rcurtis@bdiplaw.com

*Counsel for Plaintiffs Carma Technology, Corp. and Carma Technology, Ltd.*

*/s/ Mark N. Reiter*

Mark N. Reiter
Robert Vincent
Nathan R. Curtis
Ashbey N. Morgan
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201
(214) 698-3100
mreiter@gibsondunn.com
rvincent@gibsondunn.com
ncurtis@gibsondunn.com
anmorgan@gibsondunn.com
ayang@gibsondunn.com

Andrew Robb
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
(650) 849-5300
arobb@gibsondunn.com

Melissa Richards Smith

GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

*Counsel for Defendant Uber Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, the foregoing was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF on all counsel of record who have consented to electronic service.

*/s/ Jennifer L. Truelove*

Jennifer L. Truelove

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned hereby certifies that counsel for Defendant has discussed this motion with counsel for Plaintiffs. Counsel for Plaintiffs have advised that it does not oppose this motion.

*/s/ Jennifer L. Truelove*

Jennifer L. Truelove