IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARMA TECHNOLOGY, CORP. *and* CARMA TECHNOLOGY, LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., UBER FREIGHT HOLDING CORPORATION, *and* UBER FREIGHT US LLC, <br><br> *Defendants*. | § § § § § § § § § § § § <br><br> CASE NO. 2:25-CV-00029-JRG-RSP |

## ORDER

Before the Court is Plaintiffs' Opposed Motion for Leave to Amend Infringement Contentions. **Dkt. No. 96**. In the Motion, Plaintiffs seek leave to amend their infringement contentions under P.R. 3-1(f) in order to add their own instrumentality, the Avego Shared Transport application, as one that practices U.S. Patent No. 7,840,427. *Id.* at 1. The four factors this Court considers when determining whether good cause exists to amend infringement contentions under P.R. 3-6(b) are the following: (1) the explanation for the party's failure to meet the deadline; (2) the importance of what the court is excluding; (3) the potential prejudice if the court allows in the thing that would be excluded, and (4) the availability of a continuance to cure such prejudice. *Keranos, LLC v. Silicon Storage Tech., Inc.*, 797 F.3d 1025, 1035 (Fed. Cir. 2015) (citing *Alexsam Inc. v. IDT Corp.*, No. 2:07-CV-420, 2011 WL 108725, at *1 (E.D. Tex. Jan. 12, 2011)). The case is still well within fact discovery and claim construction has not yet occurred; preparations for claim construction have only just begun. *See* Dkt. No. 25. Having considered the briefing on the Motion in view of those above-listed factors, on balance, the Court finds that they weigh in favor of allowing amendment; the Court therefore finds that the Motion (Dkt. No. 96) should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Plaintiffs have leave to amend their invalidity contentions to add the Avego Shared Transport application as an instrumentality practicing the '427 Patent under P.R. 3-1(f). The Court additionally notes that, if there are issues about discovery concerning the newly added instrumentality of Plaintiffs, the Court expects the Parties to meet and confer in good faith and bring any issues remaining unresolved following such good faith efforts to the prompt attention of the Court by filing an appropriate motion.

**SIGNED this 11th day of March, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE