**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CARMA TECHNOLOGY, CORP. *and* CARMA TECHNOLOGY, LTD., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 2:25-CV-00029-JRG-RSP |
| UBER TECHNOLOGIES, INC., UBER FREIGHT HOLDING CORPORATION, *and* UBER FREIGHT US LLC, | § § § § | |
| *Defendants.* | § § § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. **Dkt. No. 111**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Plaintiff has leave to serve its Third Amended Infringement Contentions, attached to the Motion as Exhibit 1, on Defendants within seven (7) days of this Order.

**SIGNED this 15th day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1