**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CARMA TECHNOLOGY, CORP. *and* CARMA TECHNOLOGY, LTD., | § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | CASE NO. 2:25-CV-00029-JRG-RSP |
| UBER TECHNOLOGIES, INC., UBER FREIGHT HOLDING CORPORATION, *and* UBER FREIGHT US LLC, | | |
| *Defendants.* | | |

## <u>ORDER</u>

Before the Court is Defendants Uber Technologies, Inc., Uber Freight Holding Corp., and Uber Freight US LLC's Opposed Motion to Compel Discovery. **Dkt. No. 110**. "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case . . . ." Fed. R. Civ. P. 26(b)(1); *Travelpass Grp., LLC v. Caesars Entm't Grp.*, No. 5:18-CV-153, 2020 WL 698538, at *4 n.2 (E.D. Tex. Jan. 16, 2020) (citation omitted). Defendants ask for two items: (1) to compel Carma to perform a "diligent search" of "all sources of documents in its possession, custody, or control" concerning six broad categories, Dkt. No. 110 at 4–5; *id.* at 2–3 (categories); and (2) to compel Carma to produce all responsive, non-privileged documents in those six categories, Dkt. No. 110 at 5–7. Defendants identify several specific documents they are aware of but have not received. *Id.* at 5–7.

Carma represents that it has "performed a diligent search" to find documents responsive to Defendants' requests, and "with respect to the particular categories . . . single[d] out, the documents discovered . . . have been produced." Dkt. No. 122 at 4. Carma also represents that it is not in "possession, custody, or control" of several of the documents Defendants identified, for explained reasons, but it will continue to search for and produce them if located. *Id.* at 7.

1

Having fully considered the Parties' briefing, the Court is satisfied with the representations made by Carma at this time. Accordingly, the Court finds that Defendants' Motion (Dkt. No. 110) should be and hereby is **DENIED** with the understanding that Carma will continue to diligently search for and produce documents responsive to Defendants' requests.

**SIGNED this 30th day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

2