**Appendix A**

Carma's Hit Counts Against Defendants' Search Terms (provided April 29, 2026):

**Sean O'Sullivan**

|   | Defendants' Search Term | Hit Count |
|---|---|---|
| 1 | Uber *[Excluding "Uber Receipts" or "Uber Eats" as the email sender]*[1] | 753 |
| 2 | (*Taxi OR "ride hail*" OR ridehail*) AND Competit* | 247 |
| 3 | Olmi OR "2,397,683" OR "2397683" | 0 |
| 4 | Mapflow AND tech* AND (Rideshar* OR "ride shar*" OR "ride-shar*" OR Carpool*) | 613 |
| 5 | ((Rideshar* OR "Ride shar*" OR "Ride-shar*") AND Market) NOT Tolling | 1,699 |
| 6 | Patent* AND App* | 767 |
| 7 | Patent* AND Licens* | 95 |

**Lawrence Mulligan**

|   | Defendants' Search Term | Hit Count |
|---|---|---|
| 1 | Uber *[Excluding "Uber Receipts" or "Uber Eats" as the email sender]* | 12,324 |
| 2 | (*Taxi AND Market AND Route) NOT Tolling | 40 |
| 3 | (Competit* AND (Rideshar* OR "Ride shar*" OR "Rideshar*" OR "Taxi*")) NOT Tolling | 1,237 |
| 4 | (Rideshar* AND Market* AND Route) NOT Tolling | 123 |
| 5 | Carpool* AND Market* AND Shared | 452 |
| 6 | (App* AND Revenue AND (Rideshar* OR "Ride shar*" OR "Rideshar*" OR Carpool*)) NOT Tolling | 1,153 |
| 7 | App* AND Demand AND Trip* | 633 |

**Emmett Murphy**

|   | Defendants' Search Term | Hit Count |
|---|---|---|
| 1 | Uber *[Excluding "Uber Receipts" or "Uber Eats" as the email sender]* | 8,487 |
| 2 | ("Competit* AND (Rideshar* OR "Taxi*")) NOT Tolling | 1,342 |
| 3 | Mapflow AND Tech* | 579 |

---

[1] On May 1, 2026, Defendants proposed additional narrowing for the "Uber" search term for each custodian, explaining Carma can exclude any ESI hitting on this term that is dated after January 1, 2024 and that also hits on "Bunsow" or "McKool," in order to minimize Carma's privilege review.  Carma never responded to this proposal.

| | | |
|---|---|---|
| 4 | Patent* AND Licens* AND (Rideshar* OR "Ride shar*" OR Uber OR Lyft) | 598 |
| 5 | Patent* AND Olmi | 0 |
| 6 | Feedback AND App* AND (Customer* OR User*) AND (Functionality OR Crash) | 887 |
| 7 | Patent* AND Valu* AND (Revenue OR Taxi* OR Rideshar* OR Uber OR Lyft) | 873 |

**Paul Steinberg**

| | Defendants' Search Term | Hit Count |
|---|---|---|
| 1 | Uber *[Excluding "Uber Receipts" or "Uber Eats" as the email sender]* | 8,974 |
| 2 | (*Taxi AND Market AND Route) NOT Tolling | 155 |
| 3 | (Competit* AND (Rideshar* OR Taxi*)) NOT Tolling | 1,531 |
| 4 | Patent* AND Tech* AND (Rideshar* OR "Ride shar*" OR Uber OR Lyft) | 444 |
| 5 | ((Pilot /10 Program) AND Rideshar*) NOT Tolling | 461 |
| 6 | (Rideshar* OR "Ride shar*" OR "Rideshar*" OR Carpool*) AND Contract AND Rate | 183 |
| 7 | (RFP OR "Request For Proposal") AND (Government OR Agency) AND Terms | 239 |

**Eoin Verling**

| | Defendants' Search Term | Hit Count |
|---|---|---|
| 1 | Uber *[Excluding "Uber Receipts" or "Uber Eats" as the email sender]* | 507 |
| 2 | Competit* AND (Rideshar* OR "Ride shar*" OR "Rideshar*" OR Taxi*) | 63 |
| 3 | Match* AND (Driver* OR Rider*) | 397 |
| 4 | App* AND (Realtime OR "Real time" OR "Real-time") | 805 |
| 5 | (Bug AND (Code OR App* OR Software OR Server OR Fix)) NOT Tolling | 1,229 |
| 6 | Feedback AND App* AND (Customer* OR User* OR Driver* OR Rider*) AND (Functionality OR Crash) | 214 |
| 7 | User* AND Rout* AND (Fixed OR Plan* OR Preplan* OR Predetermin*) | 439 |