**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

CARMA TECHNOLOGY, CORP. *and*
CARMA TECHNOLOGY, LTD.,

    *Plaintiffs*,

v.

UBER TECHNOLOGIES, INC., UBER
FREIGHT HOLDING CORPORATION,
*and* UBER FREIGHT US LLC,

    *Defendants*.

§
§
§
§
§
§
§
§
§
§
§

CASE NO. 2:25-CV-00029-JRG-RSP

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to File Response Brief.

**Dkt. No. 135**. Having considered the Motion, and noting its unopposed nature, the Court finds

that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that the deadline for Plaintiffs to file their response to Defendants' Motion

for Judgment on the Pleadings (Dkt. No. 134) is extended to June 18, 2026.

**SIGNED this 29th day of May, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1