# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CARMA TECHNOLOGY, CORP. *and* CARMA TECHNOLOGY, LTD.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., UBER FREIGHT HOLDING CORPORATION, *and* UBER FREIGHT US LLC,<br><br>  *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00029-JRG-RSP |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to File Sur-Reply Brief. **Dkt. No. 164**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiffs' deadline to file a sur-reply brief to the Motion for Judgment on the Pleadings (Dkt. No. 134) is extended to July 10, 2026.

**SIGNED this 7th day of July, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1